Joseph Goldberg, Appellant, v. The Congregation Acuda Anshei, etc., Respondent.— Appeal from an order of the Municipal Court of the city of New York, fifth district, borough of Manhattan. M. Brown, for appellant; I. A. Hourwich, for respondent. Order reversed, with ten dollars costs. No opinion.

Moses Mass, Appellant, v. Elias Rubin, Respondent.—Appeal from a judgment rendered in favor of the defendant in the Municipal Court of the city of New York, fourth district, borough of Manhattan. Sands & Wasservogel, for appellant; J. Rieger, for respondent. Judgment affirmed, with costs. No opinion.

Robert L. Stillson, Respondent, v. Charles E. Evans et al., Appellants.— Appeal from a judgment rendered in favor of the plaintiff in the Municipal Court of the city of New York, second district, borough of Manhattan. Howe & Hummel, for appellants; H. L. Maxson, for respondent. Judgment affirmed, with costs. No opinion.

The S. F. Hayward & Company, Respondent, v. Leander S. Sire, Appellant.— Appeal from a judgment rendered in favor of the plaintiff in the Municipal Court of the city of New York, seventh district, borough of Manhattan. A. I. Sire, for appellant; Donnell & Smith, for respondent. Judgment affirmed, with costs. No opinion.

William H. Brall, Respondent, v. William Clauson, Appellant.— Appeal from an affirmance by the General Term of the City Court of the city of New York of a judgment of the Trial Term entered upon the verdict of a jury. Lamb & Voss (David W. Guernsey, of counsel), for appellant; Jerome Eisner, for respondent. Judgment affirmed, with costs. No opinion.

William Ficklen, Respondent, v. Bernard Moral et al., Appellants.—Appeal from a judgment rendered in favor of the plaintiff in the Municipal Court of the city of New York, eleventh district, borough of Manhattan. S. D. Epstin, for appellants; J. G. Lazarus, for respondent. Judgment affirmed, with costs. No opinion.

Clara Dabritz as Executrix, etc., Respondent, v. Benjamin Blum et al., Appellants.— Appeal from a judgment